# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN CARVALHO, *on behalf of herself and all others similarly situated,* )<br><br>Plaintiff, )<br><br>vs. )<br><br>RICHARD SOKOLOFF ATTORNEY AT LAW )<br><br>Defendant. ) | Case No. 2:18-cv-277-ADS-SIL<br><br>NOTICE OF SETTLEMENT<br><br>F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★   MAR 07 2019   ★<br><br>LONG ISLAND OFFICE |

Notice is hereby given that the parties have reached a settlement in this case. The parties respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time they request the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: March 6, 2019.

Respectfully submitted,

s/Justin Auslaender
Justin Auslaender
Eastern District Bar No. JA5875
NY Bar No. 5095476
*Thompson Consumer Law Group*
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (917) 793-9022
Facsimile:  (917) 793-9037
Email: justin@consumerlawinfo.com
Attorneys for Plaintiff

s/Marc A. Pergament
Marc A. Pergament, Esq.
*Weinberg Gross & Pergament, LLC*
400 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 877-2424
Facsimile: (516) 877-2460
E-mail: mpergament@wgplaw.com
Attorneys for Defendant

*Please direct local correspondence to*:

117-14 Union Tpke, FA1
Kew Gardens, NY 11415

Case closed. The parties are granted leave to reopen the case in the event that settlement is not consummated. SO ORDERED.

/s/ Arthur D. Spatt                                                     3/7/19
_____                          _____
Arthur D. Spatt, U.S.D.J.                                           Date